No. 03–5320. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5321. MCCLEOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5322. PHAN v. FINN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5324. GUTIERREZ-ALEMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5325. HUNT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5326. FERGUSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–5327. ALCALDE-AGUILERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5328. BAILEY v. UNITED STATES; SMITH v. UNITED STATES; WILLIAMS v. UNITED STATES; and VELASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 243 (first judgment), 245 (third judgment), and 246 (second and fourth judgments).

No. 03–5329. THOMAS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–5330. ENAZEH v. ASHCROFT, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 03–5331. RHODES v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5332. SALLIE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 03–5333. ROTH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5334. RIVERA v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5335. CASANOVA v. HOBBS, WARDEN. C. A. 11th Cir. Certiorari denied.